IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 3:07cr41-WKW |
| ) | [18 USC § 2252A(a)] |
| ) | |
| ROGER KEITH GARNER ) | |
| ) | INFORMATION |

The United States Attorney charges:

## COUNT 1

Sometime between on or about February, 2004 and August 18, 2004, the exact date or dates being unknown to the United States Attorney, in Chambers County, within the Middle District of Alabama, defendant

**ROGER KEITH GARNER,**

did knowingly possess material that contained images of child pornography that had been transported in interstate or foreign commerce by any means, including by computer, that is, the defendant possessed a computer hard drive, which contained images of minor children engaged in sexually explicit conduct and those images had been transported in interstate and foreign commerce by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

_/s/ Leura G. Canary_
LEURA G. CANARY
United States Attorney

_/s/ Christopher A. Snyder_
CHRISTOPHER A. SNYDER
Assistant United States Attorney