IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 3:07cr41-WKW |
| | ) | |
| ROGER KEITH GARNER | ) | |

## ORDER

Defendant, ROGER KEITH GARNER, has not been arraigned on the pending felony information. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for March 6, 2007 at 9:30 a.m. in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done, this 1st day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE