IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

STATE OF ALABAMA,
Plaintiff,

VS.   CASE NO. 3:07cr41-WKW

ROGER KEITH GARNER,
Defendant.

## NOTICE OF APPEARANCE

COMES NOW the law firm of Hand & Associates and hereby enter its Notice of Appearance on behalf of Roger Keith Garner in the above-referenced matter. This representation is limited to the above styled matter as pertains **plea only**.

Done on the 2nd day of March, 2007.

Ben C. Hand (HAN035)
HAND & ASSOCIATES
114 NORTH 8TH STREET
OPELIKA, ALABAMA  36801
TELEPHONE: (334) 741-4077

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing upon the following persons by U.S. mail delivery to the office stated herein, on this the 2nd day of March, 2007.

Hon. Susan Russ Walker
United States Magistrate Judge
PO Box 711
Montgomery, AL 36101-0711

Ben C. Hand

1