IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA EASTERN DIVISION

STATE OF ALABAMA,
      Plaintiff,

VS.      CASE NO. 3:07CR41-WKW

ROGER KEITH GARNER,
      Defendant.

## MOTION FOR CONTINUANCE

The above-styled case is currently set hearing for March 6, 2007 at 9:30am. The Defense Counsel requests this action be continued due to a conflict with a Lee County District court trial.

Respectfully submitted,

Ben C. Hand (HAN035)
HAND & ASSOCIATES
114 NORTH 8TH STREET
OPELIKA, ALABAMA 36801
TELEPHONE: (334) 741-4077

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing upon the following persons by U.S. mail delivery to the office stated herein, on this the 2nd day of March, 2007.

Hon. Susan Russ Walker
United States Magistrate Judge
PO Box 711
Montgomery, AL 36101-0711

Ben C. Hand

1