IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-41-WKW |
| | ) | |
| ROGER KEITH GARNER | ) | |

## O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum, filed March 8, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Chambers County Jail, Lafayette, Alabama, commanding it to deliver Roger Keith Garner to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on March 29, 2007, at 8:30 am, and to return the prisoner to said official when the court shall have finished with him.

Done, this 8th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE