IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CASE NUMBER: 3:07cr41-WKW |
| | ) |
| ROGER KEITH GARNER | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   <u>CHAMBERS COUNTY JAIL</u>
                                     AT   <u>LAFAYETTE, ALABAMA</u>

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
         OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

We command you, that you have the body of **ROGER KEITH GARNER**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at Courtroom **5-B** of said Court, in the City of **MONTGOMERY, ALABAMA,** on **MARCH 29, 2007**, at **8:30 a.m.**, to answer charges pending in said Court and for such other proceedings as may appear proper to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure conduct.

   BY ORDER OF THE COURT.

   DONE this the 8th day of March, 2007.

                                                    DEBRA P. HACKETT, CLERK
                                                    UNITED STATES DISTRICT COURT
                                                    MIDDLE DISTRICT OF ALABAMA

                                              By:   /s/ Deputy Clerk
                                                    Deputy Clerk