IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA EASTERN DIVISION

STATE OF ALABAMA,
    Plaintiff,

VS.

ROGER KEITH GARNER,
    Defendant.

CASE NO. 3:07CR41-WKW

RECEIVED
2007 MAR 12 A 9: 46
R. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR CONTINUANCE

The above-styled case is currently set hearing for March 29, 2007 at 9:30am. The Defense Counsel requests this action be continued due to a conflict with scheduling.

Respectfully submitted,

_____
Ben C. Hand (HAN035)
HAND & ASSOCIATES
114 NORTH 8TH STREET
OPELIKA, ALABAMA 36801
TELEPHONE: (334) 741-4077

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing upon the following persons by U.S. mail delivery to the office stated herein, on this the 9th day of March, 2007.

Hon. Susan Russ Walker
United States Magistrate Judge
PO Box 711
Montgomery, AL 36101-0711

_____
Ben C. Hand

1