IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:07-cr-41-WKW |
| | ) | |
| ROGER KEITH GARNER | ) | |

O R D E R

Upon consideration of the motion for continuance (Doc. # 12), filed March 12, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

Defendant, Roger Keith Garner, shall appear with counsel before the undersigned Magistrate Judge on April 5, 2007 at 4:00 p.m. in courtroom 5B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama to enter a consent plea.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 13th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE