AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

ROGER KEITH GARNER

**WAIVER OF INDICTMENT**

Case Number: 3:07-41-WKW

I, ROGER KEITH GARNER, the above named defendant, who is accused of violation of Title 18, United States Code, Section 2252A(a)(5)(B), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/5/07 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

DATE

X_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer