.gment in Criminal Case
.t 2 — Imprisonment

DEFENDANT:     ROGER KEITH GARNER
CASE NUMBER:     3:07cr41-WKW

RECEIVED

Judgment — Page __2__ of __6__

2008 FEB 11 P 12: 28

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

108 Months.  The defendant shall stand committed upon release to federal custody, thereby making this sentence consecutive to any sentence he is now serving.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment and sex offender treatment are available.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐    at _____ ☐ a.m. ☐ p.m.    on _____ .

☐    as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐    before 2 p.m. on _____ .

☐    as notified by the United States Marshal.

☐    as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____1/15/2008_____ to _____USP Marion_____
at _____Marion, Illinois_____ , with a certified copy of this judgment.

_____B. A. Bledsoe, Warden_____
UNITED STATES MARSHAL

RETURNED AND FILED

_____Weese, 750_____
DEPUTY UNITED STATES MARSHAL

PARTIAL (EXECUTED)
Rec'd from _Mid America_ Date 1-15-08
Del to ___MAR___ Date 1-15-08
Bus LT.: ___18___

FEB 20 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.